UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

Southern Division

IN RE:   Elizabeth Ann Cronan                                     Case No.   15-11990

                                                                  Judge      Rucker

                                                                  Chapter 13

CHAPTER 13 PLAN

**ORIGINAL**

*Dated:*   May 11, 2015

**1. Payments and Term.**

The Debtor will pay the Chapter 13 Trustee   **$185.00**   **Monthly**   for   **60**   months by   Direct Pay

and the following additional monies:

**2. Priority Claims (including administrative expenses).**

(a) All administrative expenses under 11 U.S.C. §§ 503(b) & 1326 will be paid in full, including fees to the debtor's attorney in the amount of   **$3,000.00**  , less   **$0.00**   previously paid by the debtor.

(b) Except as provided in paragraph 6 below, claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments, with tax claims paid as priority, secured, or unsecured in accordance with the filed claim.

**3. Secured Claims.**

(a)  Cramdowns.  The holders of the following allowed secured claims retain the liens securing such claims and will be paid by the trustee the value of the security in the manner specified below.  The portion of any allowed claim that exceeds the value indicated will be treated as an unsecured claim under paragraph 4(a) below.

| *Creditor* | *Collateral* | *Value* | *Monthly Payment* | *Interest Rate* |
|---|---|---|---|---|
| **Walnut Hill Rentals LLC** | **Storage Building** | **$3,500.00** | **$85.00** | **7.25** |
| **World Finance** | **32" Television** | **$750.00** | **$23.00** | **5.00** |

(b)  Surrender.  The debtor will surrender the following collateral and the creditor will have an allowed deficiency claim which will be paid as unsecured under paragraph 4(a) below.

| *Creditor* | *Collateral to Be Surrendered* |
|---|---|

(c)  *Long-Term Mortgages*.  The holders of the following mortgage claims will retain their liens and will be paid monthly maintenance payments which will extend beyond the life of the plan.  Any arrearage amount set forth below is an estimate; arrearage claims will be paid in full in the amount in the filed claim, absent an objection.  Increases in the monthly maintenance payments during the life of the plan will be paid by the indicated payer.

| *Creditor* | *Estimated Arrearage* | *Arrearage Interest Rate* | *Arrearage Monthly Payment* | *Maintenance Payment* | *Payment By: (Trustee or Debtor)* |
|---|---|---|---|---|---|

CHAPTER 13 PLAN (Continued)

ORIGINAL

*Dated:* May 11, 2015

(d) *De Novo Review*. Notwithstanding any provision of this plan, the secured status and classification of any purported secured claim are subject to *de novo* review on the request of any party in interest made within 90 days following the filing of the claim or the expiration of the deadline for filing proofs of claim, whichever comes later.

**4. Unsecured Claims.**

(a) *Nonpriority*. Except as provided in subparagraph (b) and in paragraph 6 below, allowed nonpriority unsecured claims will be paid:     **70% (or 60 months whichever is greater)**                     .

(b) *Post-petition*. Claims allowed under 11 U.S.C. § 1305 will be paid in full.

**5. Executory Contracts and Unexpired Leases.** Except the following which are assumed, all executory contracts and unexpired leases are rejected, with any claim arising from the rejection to be paid as unsecured as provided in paragraph 4(a) above:

| Property Description | Contract Number | Other Party to Contract |
|---|---|---|
|  |  |  |

**6. Special Provisions.** (such as cosigned debts, debts paid by third party, student loans, special priority debts)

**Cherokee Financial Services, Inc. (1997 Chevrolet S10)**          **To be paid outside of the plan.**

**7. Liens to be avoided under §§ 506 & 522(f).** Confirmation of this plan shall constitute an order avoiding the liens of the following creditors:

**Ameritrust Financial Services (Amt. scheduled is estimated net amt. Any/all post-petition interest is disputed per 11 USC 502(b)(2))**
**Credit Central (Amt. scheduled is estimated net amt. Any/all post-petition interest is disputed per 11 USC 502(b)(2))**
**Noble Finance (Amt. scheduled is estimated net amt. Any/all post-petition interest is disputed per 11 USC 502(b)(2))**
**Security Finance (Amt. scheduled is estimated net amt. Any/all post-petition interest is disputed per 11 USC 502(b)(2))**
**Service Loan Company (Amt. scheduled is estimated net amt. Any/all post-petition interest is disputed per 11 USC 502(b)(2))**
**World Finance (Amt. scheduled is estimated net amt. Any/all post-petition interest is disputed per 11 USC 502(b)(2))**

**8. Property of the Estate.** All property of the Debtor(s) is included as property of the estate and shall remain so until discharge unless otherwise ordered by the Court.

| Date: | May 11, 2015 | Signature | /s/ Richard L. Banks, #000617 |
|---|---|---|---|
|  |  |  | Richard L. Banks, #000617, Attorney for Debtor |
|  |  |  | Richard Banks & Associates, P.C. |
|  |  |  | P.O. Box 1515 |
|  |  |  | Cleveland, TN 37364-1515 |
|  |  |  | (423)479-4188 |

| Date: | May 11, 2015 | Signature | /s/ Elizabeth Ann Cronan |
|---|---|---|---|
|  |  |  | Elizabeth Ann Cronan, Debtor |